UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NORWOOD VILLAGE, INC.                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:06cv1011-LTS-RHW

XL SPECIALTY INSURANCE COMPANY                                                DEFENDANT

## ORDER

This cause of action was [8] stayed pending the parties' efforts at mediation, which were apparently unsuccessful because on February 12, 2007, a telephonic case management conference was held and on the same day a [9] Scheduling Order was entered.  Following a [16] Motion to Compel Discovery and an [16] Order granting the motion, Defendant XL Specialty Insurance Company filed respectively a [17] Motion to Dismiss and a [19] Motion to Re-urge Motion to Dismiss, with the former being supported by a [18] memorandum.

Plaintiff has not filed a response to either motion (the time for responding to the [19] Motion to Re-urge has not expired, but that does not change the fact that nothing was submitted in opposition to the original [17] Motion to Dismiss).  Defendant's motions are aimed at Plaintiff's failure to comply with a discovery order and to prosecute its claims.  Uniform Local Rule 7.2(c)(2) provides: "If a party fails to respond to any motion, other than a motion for summary judgment, within the time allotted, the court may grant the motion as unopposed.

Accordingly, **IT IS ORDERED**:

Plaintiff's counsel shall, within five (5) days of the date of this order, advise the Court of his position on Defendant's pending [17] and [19] motions; failure to so advise the Court or provide adequate legal support for said position shall result in the granting of the relief sought by Defendant, including dismissal of the complaint.

**SO ORDERED** this the 21st day of August, 2007.

                                                                                     s/ L. T. Senter, Jr.
                                                                                     L. T. SENTER, JR.
                                                                                     SENIOR JUDGE